IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Cr. No. 22-1727 KG

JOSE YOVANY RAMIREZ,

    Defendant.

### ORDER REGARDING SENTENCING MOTIONS AND PROCEEDINGS

This matter comes before the Court *sua sponte* with respect to objections to the Presentence Report (PSR), motions for departure or variance, and any other sentencing memoranda the parties may wish to file.

In accordance with D.N.M.LR Crim. 32.C, any objections to the PSR and any motion for departure or variance must be filed within twenty-one (21) days from the date on which the PSR is disclosed. Any response to the objection or motion must be filed within seven (7) calendar dates from the date on which the objection or motion is filed. Any additional materials for consideration, including sentencing memorandum, shall be filed within thirty-five (35) days from the date on which the PSR is disclosed.

Extensions will not be granted absent a showing of good cause by written motion.

IT IS SO ORDERED.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE